AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Percy, LeRoy D. | U.S. District Court, Northern District of Mississippi | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge -- Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
911 Jackson Ave.
Oxford, MS 38655

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Owner/Manager | Percy Law Firm, PLLC (single-member professional LLC; dissolved as of 09/30/2016) |
| 2. | Adjunct Professor | University of Mississippi |
| 3. | Advisory Board Member | Boys and Girls Clubs of North Mississippi, Lafayette-Oxford-University Clubhouse (position resigned prior to taking judicial office) |
| 4. | Board Member | Lafayette Oxford Foundation for Tomorrow, community affiliate of CREATE Foundation (position resigned prior to taking judicial office) |
| 5. | Board Member | Friends of the University of Mississippi Museum (position resigned prior to taking judicial office) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Public Employees Retirement System of Mississippi, state-managed defined retirement benefit plan with former employer |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2016 | Percy Law Firm, PLLC (self-employed attorney), legal services | $110,000.00 |
| 2. | 2016 | University of Mississippi, teaching | $5,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | State of Mississippi |
| 2. | 2016 | University of Mississippi |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Percy, LeRoy D. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Percy, LeRoy D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Mississippi Public Employees Retirement Account #1 (defined benefit) | | None | J | T | | | | | |
| 2. | - Plan name: Public Employees' Retirement System of Miss. (PERS) | | | | | | | | | |
| 3. | Mississippi Public Employees Retirement Account #2 (defined benefit) | | None | K | T | | | | | |
| 4. | - Plan name: Public Employees' Retirement System of Miss. (PERS) | | | | | | | | | |
| 5. | CB&T IRA (American Funds) | | | | | | | | | |
| 6. | - The Bond Fund of America-A | B | Dividend | K | T | | | | | |
| 7. | - The Investment Company of America - A | D | Dividend | L | T | Sold (part) | 12/19/16 | J | B | |
| 8. | - New Perspective Fund-A | A | Dividend | L | T | Sold (part) | 12/22/16 | J | B | |
| 9. | CB&T ROTH IRA (American Funds) | | | | | | | | | |
| 10. | - The Bond Fund of America-A | A | Dividend | J | T | | | | | |
| 11. | -The Investment Company of America-A | A | Dividend | J | T | | | | | |
| 12. | - New Perspective Fund-A | A | Dividend | J | T | | | | | |
| 13. | Merrill Lynch Mutual Fund Account #1 | | | | | | | | | |
| 14. | - Blackrock Small Cap fund | A | Dividend | J | T | | | | | |
| 15. | - Blackrock Large Cap fund | A | Dividend | J | T | | | | | |
| 16. | - Blackrock Strategic fund | A | Dividend | J | T | | | | | |
| 17. | - Blackrock Capital fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Percy, LeRoy D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Blackrock Tactital fund | A | Dividend | J | T | | | | | |
| 19. - Blackrock Global Long fund | A | Dividend | J | T | | | | | |
| 20. - Blackrock International fund | A | Dividend | J | T | | | | | |
| 21. - Blackrock HI YLD BD fund | A | Dividend | J | T | | | | | |
| 22. - Blackrock Eurofund | A | Dividend | J | T | | | | | |
| 23. - Blackrock Basic fund | A | Dividend | J | T | | | | | |
| 24. - Blackrock Value fund | A | Dividend | J | T | | | | | |
| 25. - Blackrock Pacidic fund | A | Dividend | J | T | | | | | |
| 26. - Blackrock Total Return fund | A | Dividend | J | T | | | | | |
| 27. Merrill Lynch Mutual Fund Account #2 | | | | | | | | | |
| 28. - American Euro Pacific fund | A | Dividend | J | T | | | | | |
| 29. - Blackrock Equity Dividend fund | A | Dividend | J | T | | | | | |
| 30. - Clearbridge Small Cap fund | A | Dividend | J | T | | | | | |
| 31. - Dreyfus Appreciation FD fund | A | Dividend | J | T | | | | | |
| 32. - Hartford Growth fund | A | Dividend | J | T | | | | | |
| 33. - Henderson International fund | A | Dividend | J | T | | | | | |
| 34. John Hancock Disciplined fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Percy, LeRoy D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Mainstay Large Cap fund | A | Dividend | J | T | | | | | |
| 36. - MFS Value FD CL I fund | A | Dividend | J | T | | | | | |
| 37. - Oppenheimer Rising fund | A | Dividend | J | T | | | | | |
| 38. - The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 39. Mississippi Affordable College Savings (529) Account #1 | B | Dividend | K | T | | | | | |
| 40. - Managed Allocation Option 5-8 | | | | | | | | | |
| 41. Mississippi Affordable College Savings (529) Account #2 | B | Dividend | K | T | | | | | |
| 42. - Managed Allocation Option 5-8 | | | | | | | | | |
| 43. First National Bank CD #1 | A | Interest | J | T | | | | | |
| 44. First National Bank CD #2 | A | Interest | J | T | | | | | |
| 45. Regions Bank CD #1 | A | Interest | J | T | | | | | |
| 46. Regions Bank CD #2 | A | Interest | J | T | | | | | |
| 47. Mechanics Bank Checking Account | A | Interest | J | T | | | | | |
| 48. Regions Bank Checking Account | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Percy, LeRoy D. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LeRoy D. Percy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544